

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN I

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case:2:17-cr-20133<br>Judge: Cohn, Avern<br>MJ: Grand, David R.<br>Filed: 03-02-2017 At 04:20 PM<br>INDI USA V. MAKKI (NA) |
| Plaintiff, | |
| v. | **VIOLATIONS**:<br>18 U.S.C. § 841(a)(1)<br>18 U.S.C. § 1715 |
| HUSSEIN MAKKI, | |
| Defendant. | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

### 21 U.S.C. §§ 841(a)(1)(C)
### POSSESSION WITH INTENT TO DISTRIBUTE
### A CONTROLLED SUBSTANCE

On or about January 17, 2017 through January 25, 2017, in the Eastern District of Michigan, Southern Division, the defendant, HUSSEIN MAKKI, knowingly and intentionally possessed with the intent to distribute controlled substances, specifically: hydrocodone, a Schedule II Controlled Substance; hydromorphone, a Schedule II controlled substance; and heroin, a Schedule I controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1)(C).

## COUNT TWO

## 18 U.S.C. § 1715
## DEPOSITING FOR MAILING A FIREARM CAPABLE OF BEING CONCEALED ON THE PERSON

On or about November 27, 2016, in the Eastern District of Michigan, Southern Division, the defendant, HUSSEIN MAKKI, knowingly deposited for mailing and delivery via the United States Postal Service a firearm capable of being concealed on the person and declared nonmailable by Title 18 U.S.C. § 1715, specifically: a Smith & Wesson .40 caliber handgun, all in violation of Title 18, United States Code, Section 1715.

## FORFEITURE ALLEGATIONS

The allegations of Count One of this Indictment is re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of certain property in which the Defendants have an interest, pursuant to the provisions of Title 21, United States Code, Section 853.

Upon conviction of the offense alleged in Count One of this Indictment, the Defendant so convicted shall forfeit to the United States any property constituting or derived from any proceeds which the Defendant obtained, directly or indirectly, or any property traceable thereto, as the result of such violation, any property which

the Defendant used or intended to be used in any manner or part to commit or to facilitate the commission of such violation, and/or any property involved in such violation, or any property traceable thereto.

If the property described above as being subject to forfeiture, as a result of any act or omission of the Defendants, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the Defendants up to the value of the above forfeitable property and, in addition, to require the Defendants to return any such property to the jurisdiction of the Court for seizure and forfeiture.

The allegations contained in Count Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of an offense alleged in Count Two, the defendant so convicted shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearm and

3

ammunition involved or used in the knowing commission of the offense.

The property that is subject to forfeiture includes, one (1) Smith & Wesson .40 caliber handgun, and the ammunition recovered in connection with that firearm, all pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 924(d)(1), as made applicable by Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

THIS IS A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

BARBARA L. McQUADE
United States Attorney

s/ Matthew A. Roth
Matthew A. Roth
Chief, General Crimes Unit

s/ John O'Brien
John O'Brien II
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
(313) 226-9715
jobrien@usa.doj.gov

s/ John B. Meixner, Jr.
John B. Meixner Jr.
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
(313) 226-9626
john.meixner@usdoj.gov

Dated: March 2, 2017

| United States District Court<br>Eastern District of Michigan | Criminal Case ( | Case:2:17-cr-20133<br>Judge: Cohn, Avern<br>MJ: Grand, David R.<br>Filed: 03-02-2017 At 04:20 PM<br>INDI USA V. MAKKI (NA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to

## Reassignment/Recusal Information
This matter was opened in the USAO prior to August 15, 2008   [ ]

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes          ☒ No | AUSA's Initials: JBM |

Case Title: USA v.  HUSSEIN A. MAKKI

County where offense occurred :  Wayne

Check One:     ☒ Felony          ☐ Misdemeanor          ☐ Petty

____Indictment/____Information --- **no** prior complaint.
_✓_Indictment/____Information --- based upon prior complaint [Case number: ] 17-mj-30079
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

March 2, 2017
Date

*[signature]*
John B. Meixner, Jr.
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9626
Fax: 313-226-2372
E-Mail address: john.meixner@usdoj.gov
Attorney Bar #: P80309

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09